IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JANET YUKARI HOWSER, | ) | CV 20-00232 DKW-KJM |
| Plaintiff, | ) | |
| vs. | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT PETITION FOR 406(b) FEES

Findings and Recommendation having been filed and served on all parties on March 28, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Petition for 406(b) Fees", ECF No. 33 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: April 18, 2023 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge